IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| | ) **ORDER** |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 1:22-cr-063 |
| Amanda Kaye Adams, | ) |
| | ) |
| Defendant. | ) |

On June 10, 2022, the court issued an order conditionally releasing defendant to Hope's House in Minot, North Dakota. (Doc. No. 59). Defendant was subsequently charged in a petition and amended petition respectively filed on July 27 and August 1, 2022, with two violations of the court's order June 10, 2022, order: (1) failure to fully comply with the rules of Hope's House; and (2) failure to report the United States Marshall following her termination from Hope House's inpatient treatment program. (Doc. Nos. 71, 73). At the court's direction, an arrest warrant for defendant was issued. (Doc. No. 71, 72).

On August 3, 2022, the defendant's supervising Pretrial Services Officer contacted the court to advise: (1) she had recently been in contact with defendant, who had denied engaging in the conduct that led to her termination from Hope's House; (2) defendant has secured a placement at the Sanctuary, a sober living facility in Minot, North Dakota.

The court, in consultation with the supervising Pretrial Services Officer, is inclined at this point to allow defendant to reside at The Sanctuary. Therefore, on its own, motion, the court **DISMISSES** defendant's original and amended petitions (Doc. Nos, 71, 73), **QUASHES** the arrest warrant for defendant (Doc. No. 72), and **AMENDS** defendant's release conditions as follows.

Defendant shall immediately report to and reside at The Sanctuary, participate in any programming it offers, and comply with its rules and regulations. Defendant shall not change her residence without the prior permission of the supervising Pretrial Services Officer. Defendant otherwise remains subject to and shall continue to comply with all other conditions of release previously imposed by the court.

**IT IS SO ORDERED.**

Dated this 3rd day of August, 2022.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court