# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Amanda Kaye Adams, | ) | Case No. 1:22-cr-063 |
| | ) | |
| Defendant. | ) | |

Defendant is charged in a petition with violating conditions of her supervised release. (Doc. No. 241). On June 2, 2026, she made his initial appearance on the petition and, on motion by the United States, was ordered detained pending preliminary and detention hearings on June 11, 2026. (Doc. Nos. 255 and 259). Defendant subsequently filed a "Waiver of Preliminary and Detention Hearing." (Doc. No. 261). Accepting Defendant's waiver and find there was probable cause on the face of the petition to believe that Defendant violated her release conditions as alleged, the court issued an order on June 8, 2026, detaining Defendant pending a final hearing on the petition. (Doc. No. 262). The final hearing on the petition is currently scheduled for October 15, 2026. (Doc. No. 258).

On June 18, 2026, Defendant filed a Motion for Release to Treatment. (Doc. No. 263). She requests to be released to her parents on June 23, 2026, at 9:00 AM for transport to The Sanctuary, a sober living facility in Minot, North Dakota.

There being no objection from the United States, the court **GRANTS** Defendant's Motion for Release from Custody (Doc. No. 24). Defendant shall be released to her parents at 9:00 AM on June 23, 2026, for transport to The Sanctuary. Defendant shall report to The Sanctuary no later than 3:00 PM on June 23, 2026. Defendant's release shall be subject to the following conditions:

1

(1)    Defendant remains subject to and comply with all conditions of supervised release previously imposed by the court.

(2)    Defendant shall reside immediately report to and reside at The Sanctuary, fully participate in its programming, and comply with all of its rules and regulations.

(3)    Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from The Sanctuary AND  to communicate with The Sanctuary about Defendant's progress there.

Any overnight passes from The Sacntuary must be approved by the Pretrial Services Officer.

While residing at The Sanctuary, Defendant must seek and maintain employment. Employment must be approved by the Pretrial Services Officer.

If for any reason Defendant is terminated from The Sanctuary, she must immediately surrender to the custody of the United States Marshal.

At least 96 hours prior to anticipated transition from a sober living home to another residence, Defendant must advise the Pretrial Services Officer of the anticipate transition date so that the Court can review the Defendant's release status.

If Defendant cannot be transported to The Sanctuary as anticipated on June 23, 2026, she shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 18th day of June, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court